

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED**.

■

Daniel J. **FUNT**

v.

Dr. Paul **NOEL**, Somerset Medical Department and Raymond Sobina, Superintendent of Sci–Somerset, et al.

**Petition of Somerset Medical Department.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of December 2006, we **GRANT** the Petition for Allowance of Appeal, **REVERSE** the order of the Commonwealth Court in light of our decision in *Womer v. Hilliker,* —— Pa. ——, 908 A.2d 269 (2006), and **REMAND** to the trial court with directions that a judgment of *non pros* be entered in accordance with Pa.R.C.P. 1042.6 (allowing the entry of judgment of *non pros* for failure

to file a certificate of merit upon praecipe of the defendant).

Daniel J. **FUNT**

v.

Dr. Paul **NOEL**, Somerset Medical Department and Raymond Sobina, Superintendent of SCI–Somerset, et al.

**Petition of Dr. Paul Noel.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of December 2006, we **GRANT** the Petition for Allowance of Appeal, **REVERSE** the order of the Commonwealth Court in light of our decision in *Womer v. Hilliker,* —— Pa. ——, 908 A.2d 269 (2006), and **REMAND** to the trial court with directions that a judgment of *non pros* be entered in accordance with Pa.R.C.P. 1042.6 (allowing the entry of judgment of *non pros* for failure

to file a certificate of merit upon praecipe of the defendant).

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Sebastian M. RAINONE, Respondent.

## No. 1164, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Argued Dec. 5, 2006.

Decided Dec. 21, 2006.

Harriet R. Brumberg, Esq., Disciplinary Board of the Supreme Court of PA, Philadelphia, for Office of Disciplinary Counsel.

Larry M. Keller, Esq., Sidkoff, Pincus & Green, P.C., Philadelphia, for Sebastian M. Rainone.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

### ORDER

PER CURIAM.

Following oral argument, the Court adopts the findings of fact, conclusions of law and the reasoning set forth in the attached Report and Recommendation of the Disciplinary Board dated May 11, 2006.

We hereby ORDER that Sebastian M. Rainone be and he is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplin-ary Board pursuant to Rule 208(g), Pa. R.D.E.

Justice NEWMAN did not participate in the consideration or decision of this case.

*REPORT AND RECOMMENDATIONS OF THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA*

TO THE HONORABLE CHIEF JUSTICE AND JUSTICES OF THE SUPREME COURT OF PENNSYLVANIA:

Pursuant to Rule 208(d)(2)(iii) of the Pennsylvania Rules of Disciplinary Enforcement, the Disciplinary Board of the Supreme Court of Pennsylvania ("Board") herewith submits its findings and recommendations to your Honorable Court with respect to the above-captioned Petition for Discipline.

### I. HISTORY OF PROCEEDINGS

On April 12, 2004, Office of Disciplinary Counsel filed a Petition for Discipline against Sebastian M. Rainone, Respondent. The Petition charged Respondent with professional misconduct in five client matters and one matter involving Respondent's attorney registration form. Respondent filed an Answer to Petition for Discipline on May 7, 2004.

A pre-hearing conference was held on July 7, 2004. This conference was attended by Petitioner, Respondent and his counsel, Samuel C. Stretton, Esquire. The parties informed the Chair of the Hearing Committee that they had executed a Stipulation which covered and admitted all of the charges. The disciplinary hearing was rescheduled for October 14, 2004, due to Mr. Stretton's trial schedule. Within days of that hearing, Respondent discharged Mr. Stretton and retained Christopher D. Mannix, Esquire. Respondent gave notice